IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND et al., <br>                Plaintiffs, <br> v. <br><br> De GRAF CONCRETE CONSTRUCTION, <br> INC., an Illinois corporation, and MICHAEL <br> PIRRON, individually <br>                Defendants. | Case No. 17 C 7945 <br><br> Judge Gettleman |

### ORDER – REINSTATE AND CONFESS JUDGMENT

This matter having come before the Court pursuant to Plaintiffs' Motion to Reinstate and Confess Judgment, IT IS HEREBY ORDERED:

1. Judgment is entered in favor of Plaintiffs and against Defendants De Graf Concrete Construction, Inc. and Michael Pirron, individually, in the total amount of $876,499.10 representing the $876,499.10 due on the Note and $500.00 representing Plaintiffs' attorneys' fees and expenses in enforcing the Note and moving to reinstate the case.

2. Defendants De Graf Concrete Construction, Inc. and Michael Pirron, individually, are ordered to pay post judgment interests on all amounts for the date of the Judgement Order until the date the Judgment Order is paid in full.

ENTER:

Dated: June 12, 2018

_____
The Honorable Robert W. Gettleman
United States District Court Judge