

RECEIVED
2018 AUG -4 AM 9: 34

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FILED
AUG 01 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LABORERS' PENSION et al., <br> **Plaintiffs Judgment Creditors,** <br><br> v. <br><br> DE GRAF CONCRETE CONSTRUCTION INC., an Illinois corporation, and MICHAEL PIRRON, individually <br><br> **Defendant Judgment Debtors,** <br><br> and <br><br> FRIEDLER CONSTRUCTION <br> **Third Party Citation Respondent.** | Case No. 17-cv-7945 <br><br> Judge GETTLEMAN |

### ANSWER OF THIRD PARTY RESPONDENT/ GARNISHEE DEFENDANT

_Eric Friedler_, certifies under penalty of perjury to §1-109 of the Illinois Code of Civil Procedure that the following statements are true and correct:

I. _____ Respondent has no property of the Defendant in its possession.

II. _____ Respondent has no knowledge of any assets or income belonging to the Defendant.

III. _X_ Respondent has property that belongs or may belong to the Defendant as follows:

**DEFENDANT'S BALANCE    AMOUNT WITHHELD**

A) Savings Account $ _____ _____

B) Checking and/or Now Account $_____ _____

C) Certificate of Deposit $_____ _____

D) Money Market Account $_____ _____

E) Trust Account $_____ _____

F) Wages, Salary or Commissions $_____ _____

G) Safety Deposit Box _____

H) Land Trust No._____

I) Other Property (Describe) _Payment due for project. Friedler is due to be paid on behalf of De Graf in the amount of $8034.25_

J)      Additional Information Relating to Debtor's Property:

1.      Adverse Claimant: Name_____ Address_____
2.      Right of Set Off:    Basis_____ Amount_____

3.      Exemption:      Basis_____ Amount_____

Total of funds in Respondent's possession available to be applied to the judgment: $**8034.25**

According to the records maintained by the Respondent, the above information is correct as of this date **7-24-18**. A copy of this Answer was mailed to the Defendant.

Respondent/Agent (Type or Print)

Agent Name **Eric Friedler** _____, President

Business Name **Friedler Construction** Agent for Respondent/Garnishee

Address **1001 N. Milwaukee #402**

**Chicago, IL 60642**

Phone **773-489-1818**

Fax **773-489-6560**

**NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiffs or Judgment Creditors and to the Defendant. If necessary, you may attach further information or explanations as may be required to answer the Citation to Discover Assets.**