IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORER'S PENSION, et al. ) <br>     Plaintiffs, Judgment Creditors, ) <br> ) <br> v. ) <br> ) <br> DE GRAF CONCRETE CONSTRUCTION ) <br> INC., an Illinois corporation, and MICHAEL ) <br> PIRRON, individually, ) <br>     Defendants, Judgment Debtors, ) <br> ) <br>     and ) <br> ) <br> BULLEY & ANDREWS, LLC, ) <br>     Third Party Citation Respondent. ) | Case No. 17-cv-7945 <br><br> Judge GETTLEMAN |

**ANSWER OF BULLEY & ANDREWS, LLC,
<u>THIRD PARTY CITATION RESPONDENT</u>**

    Bulley & Andrews, LLC, certifies under penalty of perjury to §1-109 of the Illinois Code of Civil Procedure that the following statements are true and correct:

I.  _____  Respondent has no property of the Defendant in its possession.

II.  _____  Respondent has no knowledge of any assets or income belonging to the Defendant.

III.  __X__  Respondent has property that belongs or may belong to the Defendant as follows:

                              **DEFENDANT'S BALANCE**        **AMOUNT WITHHELD**

A)    Savings Account $ __0_____    _____

B)    Checking and/or Now Account $ __0_____    _____

C)    Certificate of Deposit $ __0_____    _____

D)    Money Market Account $ __0_____    _____

E)    Trust Account $ __0_____    _____

F)    Wages, Salary or Commissions $ __0_____    _____

G)    Safety Deposit Box _____N/A_____    _____

H)  Land Trust No. _____N/A_____

I)  Other Property (Describe) _Right to receive funds for completed work under contracts_

J)  Additional Information Relating to Debtor's Property:

| | |
|---|---|
| Hinsdale Middle School | Hinsdale Middle School Parking Deck |
| Contract Value - $2,384,497.00 | Contract Value - $400,840.00 |
| *** Balance of work to finish, including retainage - $151,356.85, less amounts due to sub-subcontractor and other funds | ***Work is complete, holding retainage of $40,084.40 |

1. Adverse Claimant: Name_____ Address_____

2. Right of Set Off: Basis: _Warranty & other rework_ Amount: _under investigation_

3. Exemption: Basis_____ Amount_____

Total of funds in Respondent's possession available to be applied to the judgment is the June 2018 payment in the amount of $_____. According to the records maintained by the Respondent, the above information is correct as of July 30, 2018. A copy of this Answer was emailed to Plaintiffs' counsel and to Defendant.

Tim Puntillo, President
/s/ _____

Business Name: Bulley & Andrews, LLC
Address: 1755 W. Armitage Avenue
         Chicago, IL 60622
Phone: (773) 235-2433

Counsel for Respondent:

Daniel T. Graham
Clark Hill PLC
130 East Randolph Street, Suite 3900
Chicago, IL 60601
(312) 985-5945
dgraham@clarkhill.com

**NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiffs or Judgment Creditors and to the Defendant. If necessary, you may attach further information or explanations as may be required to answer the Citation to Discover Assets.**