IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION et al.,<br>    Plaintiffs Judgment Creditors,<br><br>v.<br><br>DE GRAF CONCRETE CONSTRUCTION<br>INC., an Illinois corporation, and MICHAEL<br>PIRRON, individually<br><br>    Defendant Judgment Debtors,<br><br>and<br><br>FOCUS CONSTRUCTION, INC.<br>    Third Party Citation Respondent. | Case No. 17-cv-7945<br><br>Judge GETTLEMAN |

**ANSWER OF THIRD PARTY RESPONDENT/ GARNISHEE DEFENDANT**

_Focus Construction_, In(c)certifies under penalty of perjury to §1-109 of the Illinois Code of Civil Procedure that the following statements are true and correct:

I. __X__ Respondent has no property of the Defendant in its possession.

II. _____ Respondent has no knowledge of any assets or income belonging to the Defendant.

III. _____ Respondent has property that belongs or may belong to the Defendant as follows:

                              **DEFENDANT'S BALANCE**    **AMOUNT WITHHELD**

A)    Savings Account $ _____    _____

B)    Checking and/or Now Account $ _____    _____

C)    Certificate of Deposit $ _____    _____

D)    Money Market Account $ _____    _____

E)    Trust Account $ _____    _____

F)    Wages, Salary or Commissions $ _____    _____

G)    Safety Deposit Box _____

H)    Land Trust No. _____

I)    Other Property (Describe)_____

J)    Additional Information Relating to Debtor's Property:

1. Adverse Claimant: Name _____ Address _____

2. Right of Set Off: Basis _____ Amount _____

3. Exemption: Basis _____ Amount _____

Total of funds in Respondent's possession available to be applied to the judgment: $ 0

According to the records maintained by the Respondent, the above information is correct as of this date 8-6-18 . A copy of this Answer was mailed to the Defendant.

Respondent/Agent (Type or Print)

Agent Name Michael J. Charysh

Business Name Charysh + Schroeder, Ltd Agent for Respondent/Garnishee

Address 33 N. Dearborn, Suite 1300

Chicago, IL 60602

Phone 312-372-8338

Fax 312-372-2222

**NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiffs or Judgment Creditors and to the Defendant. If necessary, you may attach further information or explanations as may be required to answer the Citation to Discover Assets.**